Before SIMONS, ALLEN, and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel, and it appearing that the sole question presented is the propriety of certain supplemental instructions given the jury by the District Court prior to the rendition of the verdict, which instructions were not excepted to at the time, and no reversible error appearing in the supplemental instructions so given, Allen v. United States, 164 U.S. 492, 501, 17 S.Ct. 154, 41 L.Ed 528, it is ordered that the judgment of the District Court be, and it hereby is, affirmed.

**ST. LOUIS–SAN FRANCISCO RAILWAY COMPANY, Debtor, Appellant, v. John W. STEDMAN et al.**

No. 13521.

Circuit Court of Appeals, Eighth Circuit.

April 16, 1947.

William V. Hodges, of New York City, and Daniel Bartlett, of St. Louis, Mo., for appellant.

Charles P. Williams, of St. Louis, Mo., Hunton, Williams, Anderson, Gay & Moore, and George D. Gibson, all of Richmond, Va., Cravath, Swaine & Moore, Leonard D. Adkins, Davis, Polk, Wardwell, Sunderland & Kiendl, and Edwin S. S. Sunderland, all of New York City, M. G. Roberts, E. G. Nahler, Lowenhaupt, Waite, Chasnoff & Stolar, and Jacob Chasnoff, all of St. Louis, Mo., Henry W. Anderson, of Richmond, Va., and Carter, Bull & Garstang, Emmet T. Carter, and Robert T. Swaine, all of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from consummation order and final decree of District Court entered December 12, 1946, dismissed, on motion of appellees.

**ST. LOUIS–SAN FRANCISCO RAILWAY COMPANY, Debtor, Appellant, v. John W. STEDMAN et al.**

No. 13545.

Circuit Court of Appeals, Eighth Circuit.

April 16, 1947.

William V. Hodges, of New York City, and Daniel Bartlett, of St. Louis, Mo., for appellant.

Charles P. Williams, of St. Louis, Mo., Hunton, Williams, Anderson, Gay & Moore and George D. Gibson, all of Richmond, Va., Cravath, Swaine & Moore, Leonard D. Adkins, Davis, Polk, Wardwell, Sunderland & Kiendl, and Edwin S. S. Sunderland, all of New York City, M. G. Roberts, E. G. Nahler, Lowenhaupt, Waite, Chasnoff & Stolar, and Jacob Chasnoff, all of St. Louis, Mo., Henry W. Anderson, of Richmond, Va., Carter, Bull & Garstang, Emmet T. Carter, and Robert T. Swaine, all of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from order of District Court approving final report of debtor trustee and discharging such trustee entered March 14, 1947, docketed and dismissed at cost of appellant, on motion of appellees.

**Shuba W. QUEEN, Appellant, v. UNITED STATES of America, Appellee.**

No. 10316.

Circuit Court of Appeals, Sixth Circuit.

April 11, 1947.

Fred S. Powell, of Nashville, Tenn., J. Allie Hayes, of North Wilkesboro, N. C., and Hayden Hayes, of Hickory, N. C., for appellant.

Horace Frierson, Jr., of Nashville, Tenn., for appellee.